UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LUIS BERNARDO GOMEZ,**

        **Plaintiff,**

**v.**                                                              Case No:  6:14-cv-126-Orl-36DAB

**MILLENIUM TRAVEL & TOURS, INC.**
**and DANIEL O. INGIANNA,**

        **Defendants.**
_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge David A. Baker on May 1, 2014 (Doc. 20).  In the Report and Recommendation, Magistrate Judge Baker recommends that the Court deny, without prejudice, Plaintiff's Motion for Default Judgment.  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).   No such objections were filed.  Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 20) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    Plaintiff's Motion for Default Judgment (Doc. 18) is **DENIED without prejudice**. Plaintiff may refile his Motion for Default Judgment at the conclusion of the case against the remaining Defendant.

**DONE AND ORDERED** at Orlando, Florida on May 21, 2014.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable David A. Baker
Counsel of Record