UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUIS BERNARDO GOMEZ,

    Plaintiff,

v.        Case No: 6:14-cv-126-Orl-40DAB

MILLENIUM TRAVEL & TOURS, INC.
and DANIEL O. INGIANNA,

    Defendants.

## ORDER

This cause is before the Court on Renewed Joint Motion for Approval of FLSA Settlement and Dismissal with Prejudice and Incorporated Memorandum of Law (Doc. 32) filed on October 10, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 23, 2014 (Doc. 33), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion for Approval of FLSA Settlement and Dismissal with Prejudice and Incorporated Memorandum of Law is hereby **GRANTED**.

3. This case is **DISMISSED WITH PREJUDICE**.

4. Any pending motions are **DENIED** as moot.

5. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on November 12, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties